# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI C. FEIBUSH AND OCF HOLDINGS, LLC,<br>        **Plaintiffs,**<br><br>v.<br><br>KENYATTA JOHNSON, PHILADELPHIA LAND BANK AND CITY OF PHILADELPHIA,<br>        **Defendants.** | CIVIL ACTION<br><br><br>NO. 17-3134 |

## ORDER

**AND NOW**, this 30th day of November, 2017, upon consideration of Defendant Kenyatta Johnson's Motion to Stay Discovery (ECF No. 26), and a letter from Defendants Johnson and the City of Philadelphia Regarding Discovery (ECF No. 28), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

                                                BY THE COURT:


                                          /s/Wendy Beetlestone, J.

                                          **WENDY BEETLESTONE, J.**