# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI C. FEIBUSH AND OCF HOLDINGS, LLC,<br>    **Plaintiffs,**<br><br>v.<br><br>KENYATTA JOHNSON, PHILADELPHIA LAND BANK AND CITY OF PHILADELPHIA,<br>    **Defendants.** | CIVIL ACTION<br><br><br>NO. 17-3134 |

## ORDER

**AND NOW**, this 9th day of January, 2018, upon consideration of Defendant Kenyatta Johnson and the City of Philadelphia's Motion to Dismiss (ECF No. 10), Plaintiffs' response thereto (ECF No. 14), Defendants' Reply in Support thereof (ECF No. 16), Defendant Philadelphia Land Bank's Motion to Dismiss (ECF No. 11), Plaintiff's response thereto (ECF No. 15), and Defendant's Reply in Support thereof (ECF No. 17), **IT IS HEREBY ORDERED** that the Motions (ECF Nos. 10 & 11) are **GRANTED.**

Plaintiffs' Amended Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs shall have 30 days from entry of this Order to amend their Complaint in accordance with the accompanying Memorandum Opinion.

                                                    **BY THE COURT:**

                                                    /s/Wendy Beetlestone, J.

                                                   _____

                                                   **WENDY BEETLESTONE, J.**