IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OCF-UNIVERSAL,<br>                **Plaintiff,**<br><br>              v.<br><br>KENYATTA JOHNSON, PHILADELPHIA LAND BANK AND CITY OF PHILADELPHIA,<br>              **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 17-3134 |

## ORDER

**AND NOW**, this 5th day of April, 2018, upon consideration of Defendant Philadelphia Land Bank's Motion to Dismiss (ECF No. 52), Plaintiff's Response in Opposition thereto (ECF No. 55), and Defendant's Reply in Further Support thereof (ECF No. 59), as well as Defendants Kenyatta Johnson and the City of Philadelphia's Motion to Dismiss (ECF No. 53), Plaintiff's Response in Opposition thereto (ECF No. 56), and Defendants' Reply in Further Support thereof (ECF No. 57), and following an Oral Argument on the Motions (ECF Nos. 52 & 53), **IT IS HEREBY ORDERED** that the Motions to Dismiss are **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

                                                      **BY THE COURT:**

                                                      **/s/Wendy Beetlestone, J.**

                                                      _____
                                                      **WENDY BEETLESTONE, J.**